**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CROGA INNOVATIONS LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> PALO ALTO NETWORKS, INC. <br><br> *Defendant*. | Case No. 2:24-cv-00208-JRG |

**ORDER GRANTING CHIARO TECHNOLOGY LIMITED'S
OPPOSED MOTION TO COMPEL DISCOVERY FROM DAO HEALTH**

Before the Court is Chiaro Technology Limited's Opposed Motion to Compel Discovery from Dao Health. The Court, having considered the same, is of the opinion that the motion should be and is hereby **GRANTED**.