IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAO HEALTH, | § |
| *Plaintiff,* | § § § |
| v. | § § Civil Action No. 2:23-CV-00289-JRG-RSP |
| CHIARO TECHNOLOGY LIMITED, | § § § |
| *Defendant.* | § § |

## ORDER

Before the Court is the Motion to Compel Discovery filed by Defendant Chiaro Technology Limited. **Dkt. No. 42**. The Parties have filed a joint status report indicating that the underlying dispute has been resolved. Dkt. No. 56. Accordingly, Defendant's Motion to Compel (Dkt. No. 42) is **DENIED AS MOOT**.

**SIGNED this 12th day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1