### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| DAO HEALTH, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:23-CV-00289-JRG-RSP |
| CHIARO TECHNOLOGY LIMITED, | § § | |
| *Defendant.* | § § § | |

### ORDER

Before the Court is the Joint Motion to Stay All Deadlines & Notice of Settlement (the "Motion") filed by Plaintiff Dao Health ("Plaintiff") and Defendant Chiaro Technology Limited ("Defendant" and with Plaintiff, the "Parties"). (Dkt. No. 71.) In the Motion, the Parties state that all matters in controversy between them have been settled, and they request the Court to enter a stay for thirty (30) days so that they may submit appropriate dismissal papers. (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the above-captioned case is hereby **STAYED**, up to and including October 9, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**SIGNED this 9th day of September, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1